U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

**AUG - 3 2007**

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **LIONEL WAYNE MAGEE,**<br>**Plaintiffs** | **CIVIL ACTION NO.  2:07CV0609** |
| | **JUDGE:          MINALDI** |
| **VERSUS** | **MAG.:          WILSON** |
| | **NOTICE OF REMOVAL AND**<br>**FOR JURY TRIAL (Federal Question)**<br>**By Defendants** |
| **GREAT NORTHERN INSURANCE CO.,**<br>**BARKSDALE FEDERAL CREDIT UNION,**<br>**FEDERAL INSURANCE COMPANY, AND**<br>**CHAIR-TECH MANUFACTURING &**<br>**SUPPLY COMPANY, INC.**<br>**Defendants** | **Removed from**<br>**the 30th Judicial District Court**<br>**Parish of Vernon,**<br>**State of Louisiana**<br>**Case No. 74442, Div. "C"** |

## JUDGMENT OF DISMISSAL

Pursuant to this Court's 60 Day Judgment of Dismissal issued in the above-captioned

matter on June 29, 2007, and upon this Court's finding that the parties have completely resolved

all outstanding issues related to their agreed upon settlement:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Lionel

Wayne Magee against Chair-Tech Manufacturing & Supply Company, Inc. are hereby

**DISMISSED WITH PREJUDICE.**

_____
UNITED STATES DISTRICT JUDGE